IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKEEL NASSER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SAN LEANDRO,<br><br>　　　　Defendant. | Case No. 21-cv-06883-CRB<br><br>**JUDGMENT** |

　　Having granted Defendant's motion to dismiss with prejudice, the Court hereby enters judgment for Defendant and against Plaintiff Akeel Nasser.

**IT IS SO ORDERED.**

Dated: December 7, 2022

CHARLES R. BREYER
United States District Judge